## KYLA–KIEROLA *v.* STANLEY–SMITH LUMBER CO.

### (160 Pac. 542.)

**Appeal and Error—Decisions Reviewable—Order Reinstating Cause.**

1.    An order reinstating an action dismissed without prejudice, because the statute of limitations would bar the institution of another action for the same cause, is not final, and an appeal therefrom will be dismissed.

From Hood River: WILLIAM L. BRADSHAW, Judge.

This is an action by Gustava Kyla-Kierola against the Stanley-Smith Lumber Company, a corporation. From an order reinstating the action after dismissal without prejudice, defendant appeals, and plaintiff's counsel moves to dismiss the appeal.

APPEAL DISMISSED.

*Mr. Leroy Lomax, Mr. Kazis Krauczumas, Mr. James J. Crossley* and *Mr. Julius N. Hart,* for the motion.

*Messrs. Crawford & Eakin, contra.*

Opinion by MR. CHIEF JUSTICE MOORE.

The reply in this cause was filed November 16, 1915, but prior thereto a commission was issued to take the

testimony of the plaintiff who resided in Finland. At the next term of court which convened March 6, 1916, the action was dismissed without prejudice and without notice to the plaintiff's counsel.

As the statute of limitations would bar the institution of another action for the same cause, the court during the same term, upon the motion of the plaintiff's counsel, reinstated the action, from which order the defendant appeals. The plaintiff's counsel moves to dismiss the appeal on the ground that the order undertaken to be reviewed is not final. Based upon the decision in the case of *First Christian Church of Medford* v. *Robb,* 69 Or. 283 (138 Pac. 856), the appeal should be dismissed, and it is so ordered.            · APPEAL DISMISSED.